**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELISSA GUIDE,**<br><br>Petitioner,<br><br>v.<br><br>**KATRINA HUBBARD,**<br><br>Respondent. | Case No.: CV 21-09997-CJC (PDx)<br><br>**JUDGMENT** |

    In this case, Petitioner Melissa Guide asks the Court to confirm an arbitration award (the "Award") issued by an arbitrator on the FairClaims online dispute resolution platform against Respondent Katrina Hubbard.  (Dkt. 1 [hereinafter "Pet."]; *see id.* at 3–5 [Award].)  Having considered Petitioner's Petition, proof being made to the satisfaction of the Court, and good cause appearing, the Court **GRANTS** the Petition and hereby enters final judgment in favor of Petitioner and against Respondent.

Accordingly, it is hereby **ORDERED** that:

1. Pursuant to 9 U.S.C. § 9, the Award is hereby confirmed in full.
2. All findings in the Award shall be treated as if made by this Court.
3. The Court enters judgment in favor of Petitioner and against Respondent in the amount of $7,052.30.

DATED:   March 1, 2022

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

**CC: FISCAL**